**Order entered May 6, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00266-CV**

**IN RE DAVID BARNES, Relator**

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-11126**

**ORDER**
Before Justices Osborne, Pedersen, III, and Goldstein

Based on the Court's opinion of this date, this original proceeding is

**DISMISSED**.

> /s/     BONNIE LEE GOLDSTEIN
>          JUSTICE